# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0554
Lower Tribunal No. 2011-CA-003872

_____

DENNIS ANTHONY JAMES,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY f/k/a BANKERS TRUST COMPANY OF CALIFORNIA, N.A., as Trustee for AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1, MORTGAGE-BACKED PASS-THROUGH CERTIFICATE SERIES 2007-1,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

August 15, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WOZNIAK and SMITH, JJ., concur.


Dennis Anthony James, Eatonville, pro se.

Robert R. Edwards, of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED